ACCEPTED
01-15-00487-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/24/2015 3:29:17 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00487-CR

## IN THE COURT OF APPEALS

## FIRST DISTRICT

## HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/24/2015 3:29:17 PM
CHRISTOPHER A. PRINE
Clerk

## NO. 1416994

## IN THE TRIAL COURT

## 230TH JUDICIAL DISTRICT

## HARRIS COUNTY, TEXAS

| | | |
|---|---|---|
| FREDIS MAURICIO FLORES | § | APPELLANT |
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

---

## MOTION TO SUBSTITUTE COUNSEL ON APPEAL

---

ALLEN C. ISBELL
2016 Main St., Suite 110
Houston, Texas 77002
(713) 236-1000
Fax No. (713) 236-1809
STATE BAR NO. 10431500
email: allenisbell@sbcglobal.net

**COUNSEL ON APPEAL**

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW ALLEN C. ISBELL and respectfully requests this Honorable Court grant his motion to substitute as counsel on appeal for appellant, FREDIS MAURICIO FLORES. For cause, appellant would show the Court as follows:

I.

On May 14, 2015, appellant was convicted of the offense of Driving While Intoxicated (3rd Offender), in Cause No. 1416994, in the 230th District Court of Harris County, Texas entitled *The State of Texas vs. Fredis Mauricio Flores*. The trial court appointed Attorney J. Celeste Carter Blackburn to represent appellant on appeal.

II.

On August 24, 2015, ALLEN C. ISBELL was retained to represent appellant on appeal. Appointed Counsel consents to the substitution of ALLEN C. ISBELL as counsel on appeal for Fredis Mauricio Flores.

III.

This motion is urged at the first opportunity and is not sought for purposes of delay but so that justice may be served.

WHEREFORE, PREMISES CONSIDERED, appellant prays that this Honorable Court grant this motion to substitute counsel on appeal and substitute ALLEN C. ISBELL as appellate counsel for Fredis Mauricio Flores on appeal.

Respectfully submitted,

/s/ Allen C. Isbell
ALLEN C. ISBELL
2016 Main St., Suite 110
Houston, Texas 77002
(713) 236-1000
Fax No. (713) 236-1809
STATE BAR NO. 10431500
email: allenisbell@sbcglobal.net

COUNSEL ON APPEAL

APPROVED BY:

FREDIS MAURICIO FLORES

AGREED AND APPROVED:

J. CELESTE CARTER BLACKBURN
Attorney at Law
333 N. Rivershire Dr., Suite 285
Conroe, Texas 77304
(936) 703-5000
Fax No. (877) 900-2822
STATE BAR NO. 24038803

* Signed by permission

c:\appeals\flores\mtn. to substitute counsel on appeal                    3

## Certificate of Service

I hereby certify that on this 24th day of August, 2015, a true and correct copy of the foregoing Motion for Substitution of Counsel on Appeal has been sent to the District Attorney's Office, Appellate Division, and to Mr. Fredis Mauricio Flores, appellant.

*/s/ Allen C. Isbell*
ALLEN C. ISBELL

## Certificate of Compliance

The undersigned attorney on appeal certifies this motion is computer generated and consists of 418 words. Counsel is relying on the word count provided by the Word Perfect computer software used to prepare the motion.

*/s/ Allen C. Isbell*
ALLEN C. ISBELL